382 A.2d 760

Mastronardo, Appellant, v. Yellow Cab Company of Philadelphia.

Submitted June 14, 1977.   Alfonso Tumini, for appellant; Joseph S. Bekelja, and Frank, Margolis, Edelstein and Scherlis, for appellee.

Order affirmed.